201 F.2d 370
 John RUPP, Doing Business as Rupp Oil Company, Appellant,
v.
EMPLOYERS CASUALTY COMPANY, a Corporation.
 No. 14703.
 United States Court of Appeals Eighth Circuit.
 December 2, 1952.
 
 Appeal from the United States District Court for the Western District of Missouri.
 Watson, Ess, Whittaker, Marshall & Enggas, Kansas City, Mo., and Kitt & Eubanks, Chillicothe, Mo., for appellant.
 Langworthy, Matz & Linde, Kansas City, Mo., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on joint motion of counsel for respective parties.